AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Free Speech for People, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-666 |
| Federal Election Commission | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Election Commission .

Date:   06/03/2022

/s/ Kevin Deeley
*Attorney's signature*

Kevin Deeley
*Printed name and bar number*
Federal Election Commission
1050 First Street NE
Washington, DC 20463

*Address*

kdeeley@fec.gov
*E-mail address*

(202) 694-1650
*Telephone number*

(202) 219-0260
*FAX number*