UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE, *et al.*, | |
| Plaintiffs, | Civ. No. 22-cv-666 (CKK) |
| v. | |
| FEDERAL ELECTION COMMISSION, | [PROPOSED] ORDER |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of defendant Federal Election Commission's Motion to Dismiss plaintiffs Free Speech for People and Campaign for Accountability's Complaint (Doc. 1), and any opposition filed by plaintiffs,

It is hereby ORDERED that the Federal Election Commission's Motion to Dismiss is GRANTED, and that plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

_____          _____
Date                                                                    Hon. Colleen Kollar-Kotelly
                                                                              United States District Judge