AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Free Speech For People et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  22-cv-666-CKK |
| Federal Election Commission | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Free Speech For People and Campaign for Accountability

Date:     June 7, 2022

*/s/ John C. Bonifaz*
*Attorney's signature*

John C. Bonifaz, PHV
*Printed name and bar number*
1320 Centre St #405
Newton, MA 02459

*Address*

jbonifaz@freespeechforpeople.org
*E-mail address*

(617) 244-0234
*Telephone number*

(512) 628-0142
*FAX number*