IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE, CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civil Action No. 22-cv-666-CKK |

## DECLARATION OF JOHN C. BONIFAZ IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John C. Bonifaz, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I have reviewed and am familiar with the Local Civil Rules of this Court.

Dated the 7th day of June, 2022

/s/ John C. Bonifaz

John C. Bonifaz
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
T: (617) 244-0234
F: (512) 628-0142
jbonifaz@freespeechforpeople.org