# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE,<br>CAMPAIGN FOR ACCOUNTABILITY,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>        Defendant. | Civil Action No. 22-cv-666-CKK |

## DECLARATION OF BEN CLEMENTS IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, **Ben Clements,** hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I have reviewed and am familiar with the Local Civil Rules of this Court.

Dated the 8th day of June, 2022

                                                                                                                  /s/ *Ben Clements*
                                                                                                              **Ben Clements**
                                                                                                              Free Speech For People
                                                                                                              1320 Centre St. #405
                                                                                                              Newton, MA 02459
                                                                                                              T: (617) 244-0234
                                                                                                              F: (512) 628-0142
                                                                                                              bclements@freespeechforpeople.org