# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

FREE SPEECH FOR PEOPLE,
CAMPAIGN FOR ACCOUNTABILITY,

      Plaintiffs,

v.

FEDERAL ELECTION COMMISSION,

      Defendant.

Civil Action No. 22-cv-666-CKK

## DECLARATION OF COURTNEY HOSTETLER IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Courtney Hostetler, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I have reviewed and am familiar with the Local Civil Rules of this Court.

Dated the 8th day of June, 2022

        /s/ Courtney Hostetler
        Courtney Hostetler
        Free Speech For People
        1320 Centre St. #405
        Newton, MA 02459
        T: (617) 249-3015
        F: (512) 628-0142
        chostetler@freespeechforpeople.org