# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>FEDERAL ELECTION COMMISSION, <br><br>　　　　Defendant. | Civ. No. 22-666 (CKK) <br><br> CERTIFIED LIST OF CONTENTS <br> OF ADMINISTRATIVE RECORD |

## FEDERAL ELECTION COMMISSION'S CERTIFIED LIST
## OF CONTENTS OF THE ADMINISTRATIVE RECORD OF PLAINTIFFS'
## ADMINISTRATIVE COMPLAINT IN MATTER UNDER REVIEW 7207

The Federal Election Commission ("Commission"), by its Secretary and Clerk, hereby certifies that the documents listed below constitute the non-privileged materials that comprise the administrative record of the Commission in Matter Under Review ("MUR") 7207 as it relates to the administrative complaint filed by Plaintiffs Free Speech for People and Campaign for Accountability, in compliance with the Court's Minute Order dated June 10, 2022. *See also* LCvR 7(n)(1).[1]

The pages of the record documents are sequentially numbered AR1 through AR359.

| Document Number | | Administrative Record Pages |
|---|---|---|
| 1. | Administrative Complaint, MUR 7207 from Ronald A. Fein, individually and on behalf of Free Speech for People, and Anne Weismann, Campaign for Accountability (date-stamped December 19, 2016). | AR1 – AR21 |
| 2. | Letter from Jeff S. Jordan, Assistant General Counsel, | AR22 – AR23 |

---

[1] Enclosures and attachments identified with an asterisk (*) are not duplicated within the administrative record.

| | | |
|---|---|---|
| | Complaints Examination & Legal Administration ("CELA"), to His Excellency Sergey Ivanovich Kislyak, Ambassador of the Russian Federation (December 22, 2016) (advising of receipt of administrative complaint) (standard forms and procedures are omitted from the record). | |
| 3. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Anne Weismann, Campaign for Accountability (December 22, 2016) (acknowledging receipt of administrative complaint) (standard forms and procedures are omitted from the record). | AR24 |
| 4. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Donald F. McGahn, Donald J. Trump for President, Inc. and Timothy Jost, as Treasurer (December 22, 2016) (advising of receipt of administrative complaint) and Enclosures* (administrative complaint) (standard forms and procedures are omitted from the record). | AR25 – AR26 |
| 5. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Ronald A. Fein, Free Speech for People (December 22, 2016) (acknowledging receipt of administrative complaint) (standard forms and procedures are omitted from the record). | AR27 |
| 6. | Response of Donald J. Trump for President, Inc. and Bradley T. Crate, as Treasurer, MUR 7207 (date-stamped January 25, 2017). | AR28 – AR33 |
| 7. | Amended Administrative Complaint, MUR 7207 from Ronald A. Fein, individually and on behalf of Free Speech for People, and Daniel Stevens, individually and for Campaign for Accountability (date-stamped May 4, 2017). | AR34 – AR62 |
| 8. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Daniel Stevens, Campaign for Accountability (May 10, 2017) (acknowledging receipt of amended administrative complaint). | AR63 |
| 9. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Ronald A. Fein, Free Speech for People (May 10, 2017) (acknowledging receipt of amended administrative complaint). | AR64 |
| 10. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to His Excellency Sergey Ivanovich Kislyak, Ambassador of the Russian Federation (May 10, 2017) (advising of receipt of | AR65 – AR66 |

| | | |
|---|---|---|
| | amended administrative complaint) and Enclosure* (amended administrative complaint). | |
| 11. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Meagan Sowards Newton, counsel to Donald J. Trump for President, Inc. and Bradley T. Crate, as Treasurer (May 10, 2017) (advising of receipt of amended administrative complaint) and Enclosure* (amended administrative complaint). | AR67 – AR68 |
| 12. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Meagan Sowards Newton, counsel to Donald J. Trump (May 10, 2017) (advising of receipt of amended administrative complaint) and Enclosures* (administrative complaint, amended administrative complaint) (standard forms and procedures are omitted from the record). | AR69 – AR70 |
| 13. | Response of Donald J. Trump, Donald J. Trump for President, Inc. and Bradley T. Crate, as Treasurer, to the Supplemental Complaint, MUR 7207 (date-stamped May 26, 2017). | AR71 |
| 14. | Second Amended Administrative Complaint, MUR 7207 from Ronald A. Fein, individually and on behalf of Free Speech for People, and Daniel Stevens, individually and for Campaign for Accountability (date-stamped June 2, 2017). | AR72 – AR79 |
| 15. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to His Excellency Sergey Ivanovich Kislyak, Ambassador of the Russian Federation (June 9, 2017) (advising of receipt of second amended administrative complaint) and Enclosure* (second amended administrative complaint). | AR80– AR81 |
| 16. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Daniel Stevens, Campaign for Accountability (June 9, 2017) (acknowledging receipt of second amended administrative complaint). | AR82 |
| 17. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Meagan Sowards Newton, counsel to Donald J. Trump, Donald J. Trump for President, Inc. and Bradley T. Crate, as treasurer (June 9, 2017) (advising of receipt of second amended administrative complaint) and Enclosure* (second amended administrative complaint). | AR83 – AR84 |
| 18. | Letter from Jeff S. Jordan, Assistant General Counsel, CELA, to Ronald A. Fein, Free Speech for People (June 9, 2017) | AR85 |

3

| | (acknowledging receipt of second amended administrative complaint). | |
|---|---|---|
| 19. | Response of Donald J. Trump for President, Inc. and Treasurer Bradley T. Crate, MUR 7207 (dated June 17, 2020). | AR86 – AR88 |
| 20. | First General Counsel's Report, MURs 7207, 7268, 7274, and 7623 (February 23, 2021) and Attachments (Proposed Factual and nonprivileged draft Factual and Legal Analyses).[2] | AR89 – AR267 |
| 21. | Certification of the April 22, 2021 votes in MURs 7207, 7268, 7274, and 7623 (signed April 26, 2021). | AR268 – AR272 |
| 22. | Letter from Jin Lee, Acting Assistant General Counsel, to E. Stewart Crosland, counsel to Donald J. Trump, Make America Great Again PAC (formerly known as Donald J. Trump for President, Inc.), and Bradley T. Crate, as treasurer (April 30, 2021) (MURs 7207, 7268, and 7623). | AR273 |
| 23. | Letter from Charles Kitcher, Acting Associate General Counsel for Enforcement, to Harold Russell Taub (May 17, 2021) and Enclosures* (Complaint, Supplements to the Complaint) (standard forms and procedures are omitted from the record). | AR274 – AR277 |
| 24. | Memorandum to the Commission from Office of General Counsel, MURs 7207, 7268, 7274, and 7623 (June 1, 2021). | AR278 – AR279 |
| 25. | Second General Counsel's Report, MUR 7207 (June 1, 2021). | AR280 – AR294 |
| 26. | Statement of Designation of Counsel Eric Levine and Eric Heichel for H. Russell Taub, MUR 7207 (dated June 8, 2021). | AR295 |
| 27. | Certification of the June 10, 2021 votes in MUR 7207 (signed June 11, 2021). | AR296 |
| 28. | Letter from Shana M. Broussard, FEC Chair, to Eric Levine, counsel to H. Russell Taub (June 11, 2021) (advising of reason to believe findings) and Enclosure (Factual and Legal Analysis). | AR297– AR309 |

---

[2] Non-privileged, publicly available sources that are referenced in the First General Counsel's Report, which include news articles, tweets, reports, and court documents, are not reproduced within the administrative record.

| 29. | Memorandum to the Commission from Office of General Counsel, MUR 7207 (July 22, 2021). | AR310 – AR312 |
| --- | --- | --- |
| 30. | Certification of August 10, 2021 vote in MURs 7207, 7268, 7274 and 7623 (signed August 13, 2021). | AR313 |
| 31. | Certification of August 10, 2021 votes in MUR 7207 (signed August 13, 2021). | AR314 |
| 32. | Closing letter from Nicholas Bamman, Attorney, to Eric Levine and Eric Heichel, counsel for H. Russell Taub (August 18, 2021) (MUR 7207) and Enclosure (Conciliation Agreement of H. Russell Taub). | AR315 – AR320 |
| 33. | Closing letter from Claudio Pavia, Acting Assistant General Counsel, to Ronald A. Fein, Free Speech for People, and Anne Weismann, Campaign for Accountability (August 18, 2021) (MUR 7207) and Enclosure* (Conciliation Agreement of H. Russell Taub). | AR321– AR322 |
| 34. | Closing letter from Claudio Pavia, Acting Assistant General Counsel, to His Excellency Anatoly Antonov, Ambassador of the Russian Federation (August 18, 2021) (MUR 7207). | AR323 |
| 35. | Closing letter from Claudio Pavia, Acting Assistant General Counsel, to E. Stewart Crosland, counsel to Donald J. Trump, Make America Great Again PAC, and Bradley T. Crate, as treasurer (August 18, 2021) (MURs 7207, 7268 and 7623). | AR324 – AR325 |
| 36. | Supplemental Statement of Reasons of Vice Chair Allen Dickerson, MURs 7207, 7268, 7274 and 7623 (September 16, 2021). | AR326 – AR335 |
| 37. | Certification of the September 28, 2021 vote in MURs 7207, 7268, 7274 and 7623 (signed September 29, 2021). | AR336 |
| 38. | Re-opening letter from Claudio Pavia, Acting Assistant General Counsel, to Eric Levine and Eric Heichel, counsel to H. Russell Taub (October 1, 2021) (MUR 7207). | AR337 |
| 39. | Re-opening letter from Claudio Pavia, Acting Assistant General Counsel, to E. Stewart Crosland, counsel to Donald J. Trump, Make America Great Again PAC, and Bradley T. Crate, as treasurer (October 1, 2021) (MURs 7207, 7268 and 7623). | AR338 – AR339 |

| | | |
|---|---|---|
| 40. | Re-opening letter from Claudio Pavia, Acting Assistant General Counsel, to Ronald A. Fein, Free Speech for People, and Anne Weismann, Campaign for Accountability (October 1, 2021) (MUR 7207). | AR340 – AR341 |
| 41. | Statement of Reasons of Vice Chair Allen Dickerson and Commissioners Sean J. Cooksey and James E. "Trey" Trainor, III, MURs 7207, 7268, 7274 and 7623 (November 22, 2021). | AR342 – AR344 |
| 42. | Certification of the January 13, 2022 votes in MURs 7207, 7268, 7274 and 7623 (signed January 14, 2022). | AR345 – AR346 |
| 43. | Closing letter from Claudio Pavia, Acting Assistant General Counsel, to Eric Levine and Eric Heichel, counsel to H. Russell Taub (January 19, 2022) (MUR 7207) and Enclosure* (Conciliation Agreement of H. Russell Taub). | AR347 |
| 44. | Closing letter from Claudio Pavia, Acting Assistant General Counsel, to E. Stewart Crosland, counsel to Donald J. Trump, Make America Great Again PAC, and Bradley T. Crate, as treasurer (January 19, 2022) (MURs 7207, 7268, and 7623). | AR348 – AR349 |
| 45. | Closing letter from Claudio Pavia, Acting Assistant General Counsel, to Ronald A. Fein, Free Speech for People and Anne Weismann, Campaign for Accountability (January 19, 2022) (MUR 7207) and Enclosure* (Conciliation Agreement). | AR350 – AR351 |
| 46. | Statement of Reasons of Commissioners Shana M. Broussard and Ellen L. Weintraub, MURs 7207, 7268, 7274 and 7623 (February 15, 2022). | AR352 – AR357 |
| 47. | Letter from Amanda Andrade, Attorney, to E. Stewart Crosland, counsel to Donald J. Trump, Make America Great Again PAC, and Bradley T. Crate, as treasurer (February 23, 2022) (MURs 7207, 7268, and 7623) and Enclosures* (Statements of Reasons). | AR358 |
| 48. | Letter from Amanda Andrade, Attorney, to Ronald A. Fein, Free Speech for People, and Anne Weismann, Campaign for Accountability (February 23, 2022) (MUR 7207) and Enclosures* (Statements of Reasons). | AR359 |

IN TESTIMONY WHEREOF, the Acting Secretary and Clerk of the Federal Election Commission, having been duly authorized, has set her hand and affixed the seal of the Federal Election Commission in the city of Washington, District of Columbia, this __22nd__ day of July, 2022.

_____
Laura Sinram
Acting Secretary and Clerk of the
Federal Election Commission