UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREE SPEECH FOR PEOPLE, *et al.*, | |
| Plaintiffs, | Civ. No. 22-cv-666 (CKK) |
| v. | |
| FEDERAL ELECTION COMMISSION, | NOTICE OF WITHDRAWAL |
| Defendant. | |

**FEDERAL ELECTION COMMISSION'S
NOTICE OF WITHDRAWAL OF HARRY J. SUMMERS AS COUNSEL**

Pursuant to Local Civil Rule 83.6(b), please take notice of my withdrawal as counsel for defendant Federal Election Commission ("FEC") in this case due to my upcoming departure from the FEC. Other attorneys for the FEC have entered appearances in this action and will continue to represent the FEC. No trial date has been set in this action.

Respectfully submitted,

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

*/s/ Harry J. Summers*
Harry J. Summers
Assistant General Counsel
hsummers@fec.gov

Shaina Ward (D.C. Bar. No. 1002801)
Attorney
sward@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
1050 First Street, NE
Washington, DC 20463
(202) 694-1650

August 8, 2023