AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| Free Speech For People et al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   22-cv-666-CKK |
| Federal Election Commission | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Free Speech For People and Campaign for Accountability                                    .

Date:     04/04/2024

*Attorney's signature*

Amira Marcella Mattar, MA0054
*Printed name and bar number*

48 N. Pleasant Street, Suite 304
Amherst, MA 01002

*Address*

amira@freepseechforpeople.org
*E-mail address*

(617) 564-0464
*Telephone number*

(512) 628-0142
*FAX number*